```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

WILLIE RABB,
:
    Plaintiff,
:
vs.                           CIVIL ACTION 11-0441-WS-M
:
THOMAS ALBRITTON,
:
    Defendant.

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED with prejudice for lack of subject matter jurisdiction.

DONE this 29th day of May, 2012.


                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE