```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

WILLIE RABB,
:
    Plaintiff,
:
vs.                              CIVIL ACTION 11-0441-WS-M
:
THOMAS ALBRITTON,
:
    Defendant.

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED with prejudice.

DONE this 29th day of May, 2012.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE